UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No. 16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| DEBORAH J. CARUSO, chapter 7 trustee for the bankruptcy estates of ITT Educational Services, Inc., ESI Service Corp. and Daniel Webster College, Inc., | ) ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 17-50139 |
| | ) | |
| MICROSOFT CORPORATION, and MICROSOFT ONLINE, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL
OF ADVERSARY PROCEEDING WITH PREJUDICE**

The plaintiff, Deborah J. Caruso, the chapter 7 trustee in the above-referenced bankruptcy case and the defendants, Microsoft Corporation and Microsoft Online, Inc., each by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby stipulate to the dismissal of this adversary proceeding with prejudice.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

Dated:  October 4, 2018                           Respectfully submitted,
         Indianapolis, Indiana

*/s/ Joseph E. Shickich Jr.*                      */s/ Meredith R. Theisen*
    Joseph E. Shickich Jr.                            Meredith R. Theisen

Joseph E. Shickich Jr. (admitted *pro hac vice*)  Deborah J. Caruso (Atty. No. 4273-49)
Fox Rothschild LLP                                John C. Hoard (Atty. No. 8024-49)
Safeco Plaza – Suite 4500                         Meredith R. Theisen (Atty. No. 28804-49)
1001 Fourth Avenue                                Rubin & Levin, P.C.
Seattle, WA 98154                                 135 N. Pennsylvania Street, Suite 1400
Tel:  (206) 389-1772                              Indianapolis, IN 46204
Email:  jshickich@foxrothschild.com               Tel: (317) 634-0300
Attorneys for Microsoft Corporation and           Email:  dcaruso@rubin-levin.net
Microsoft Online, Inc.                                    johnh@rubin-levin.net
                                                          mtheisen@rubin-levin.net
         -and-                                    Attorneys for Deborah J. Caruso, Trustee

Wendy D. Brewer
Fultz Maddox Dickens PLC
333 N. Alabama Street, Suite 350
Indianapolis, IN 46204
Tel:  (317) 567-9048
Email:  wbrewer@fmdlegal.com
Attorneys for Microsoft Corporation and
Microsoft Online, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2018, a copy of the foregoing *Joint Stipulation of Dismissal of Adversary Proceeding with Prejudice* was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  Party/parties may access this filing through the Court's system.

Wendy D Brewer    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
John C. Hoard    johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com
Joseph E Shickich    jshickich@foxrothschild.com, vmagda@foxrothschild.com
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

2

      I further certify that on October 4, 2018, a copy of the foregoing *oint Stipulation of Dismissal of Adversary Proceeding with Prejudice* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

None.

                                                        /s/*Meredith R. Theisen*
                                                        Meredith R. Theisen

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Adversary Proceedings\Microsoft - 86723915\Drafts\stipulation dismissal.doc